UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY &
OVERSIGHT,

Plaintiff,

v.

CENTERS FOR MEDICARE AND
MEDICAID SERVICES, et al.,

Defendants.

Civil Action No. 23-3525 (DLF)

## JOINT STATUS REPORT

Plaintiff Government Accountability & Oversight ("Plaintiff") and Defendants, Centers for Medicare & Medicaid Services and Department of Health and Human Services (collectively, the "Agency"), by and through undersigned counsel, hereby submit this Status Report. The parties report as follows:

1.     Plaintiff brought this case under the Freedom of Information Act ("FOIA") seeking to compel the release of documents relating to two FOIA requests. *See* Compl. (ECF No. 1).

2.     The status of each response to Plaintiff's FOIA requests is below:

### REQUEST 052

As previously reported, the Agency made its final production in this matter on January 31, 2025.

### REQUEST 074

As previously reported, the Agency made its final production for this FOIA request on December 12, 2025. Plaintiff, however, identified withholdings it is challenging in an email to defense counsel dated February 5, 2025, and requested that the Agency re-review or index the

asserted (b)(5) redactions on pages 3635, 3657, 3588-3593, and 3694-3704, and also produce certain identified attachments on pages 94, 208, 446, 459, 1051, 1122, 1232, 1419, 2757, 2763, and 3052.  On June 5, 2026, the Agency issued a production consisting of 359 pages of attachments and 12 pages of records with (b)(5) redactions removed. The Agency anticipates providing a response to the remaining challenged (b)(5) redactions before the next Joint Status Report. Plaintiff is reviewing the agency's June 5, 2026 production.

3.    The parties propose that the Court orders the parties to file another Joint Status Report on or before August 11, 2026, updating the Court on the status of this matter.

Dated: June 8, 2026

/s/Matthew D. Hardin
MATTHEW D. HARDIN
HARDIN LAW OFFICE
101 Rainbow Drive # 11506
Livingston, TX 77399
(202) 802-1948
matthewdhardin@gmail.com

 Attorneys for Plaintiff

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Stephanie R. Johnson
    STEPHANIE R. JOHNSON
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-7874
    Stephanie.Johnson5@usdoj.gov

Attorneys for the United States of America

2