UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT, <br><br> Plaintiff, <br><br> v. <br><br> CENTERS FOR MEDICARE AND MEDICAID SERVICES, et al., <br><br> Defendants. | Civil Action No. 23-3525 (DLF) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court please enter the appearance of Assistant United States Attorney

Michael Yohannan and remove the appearance of former Assistant United States Attorney

Stephanie R. Johnson as counsel for the Defendants in the above-captioned case.

Dated: July 15, 2026
        Washington, D.C.

                                    Respectfully submitted,

                                     /s/ Michael Yohannan
                                    MICHAEL YOHANNAN
                                    Pennsylvania Bar #307575
                                    Assistant United States Attorney
                                    Civil Division
                                    601 D Street, NW
                                    Washington, DC 20530
                                    Phone: 202-809-2054
                                    Michael.Yohannan@usdoj.gov

                                    *Attorney for the United States of America*