UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY &
OVERSIGHT,

Plaintiff,

v.

CENTERS FOR MEDICARE AND
MEDICAID SERVICES, et al.,

Defendants.

Civil Action No. 23-3525 (DLF)

## JOINT STATUS REPORT

Plaintiff Government Accountability & Oversight ("Plaintiff") and Defendants, Centers for Medicare & Medicaid Services and Department of Health and Human Services (collectively, the "Agency"), by and through undersigned counsel, hereby submit this Status Report. The parties report as follows:

1.    Plaintiff brought this case under the Freedom of Information Act ("FOIA") seeking to compel the release of documents relating to two FOIA requests. *See* Compl. (ECF No. 1).

2.    The status of each response to Plaintiff's FOIA requests is below:

### REQUEST 052

As previously reported, Defendant made its final production in response to this request on January 31, 2025.

### REQUEST 074

As previously reported, the Agency made its final production for this FOIA request on December 12, 2025. Plaintiff, however, identified withholdings it is challenging in an email to defense counsel dated February 5, 2025, and requested that the Agency re-review or index the

asserted (b)(5) redactions on pages 3635, 3657, 3588-3593, and 3694-3704, and also produce

certain identified attachments on pages 94, 208, 446, 459, 1051, 1122, 1232, 1419, 2757, 2763,

and 3052. On June 5, 2026, the Agency issued a production consisting of 359 pages of attachments

and 12 pages of records with (b)(5) redactions removed. Plaintiff then began reviewing the

agency's June 5, 2026 production. On August 5, 2026, Defendant provided Plaintiff with a draft

*Vaughn* index describing the basis of Defendant's withholdings for all documents other than those

produced on June 5.  The day before, on August 4, 2026, Plaintiff had made additional objections

to (b)(5) withholdings in Defendant's June 5, 2026 production.  Defendant is now reviewing these

new objections.  The parties are attempting to resolve this matter without judicial intervention.

3.      To that end, the parties propose that the Court order the parties to file another Joint

Status Report on or before October 13, 2026, updating the Court on the status of the Agency's

response to Plaintiff's FOIA requests.

Dated: August 11, 2026                        Respectfully submitted,

                                              JEANINE FERRIS PIRRO
*/s/Matthew D. Hardin*                        United States Attorney
MATTHEW D. HARDIN
HARDIN LAW OFFICE
101 Rainbow Drive # 11506                     By: */s/ Michael E. Yohannan*
Livingston, TX 77399                             MICHAEL E. YOHANNAN
(202) 802-1948                                   Pennsylvania Bar # 307575
matthewdhardin@gmail.com                         Assistant United States Attorney
                                                 601 D Street, NW
 *Attorneys for Plaintiff*                    Washington, DC 20530
                                                 (202) 809-2054
                                                 Michael.Yohannan@usdoj.gov

                                              *Attorneys for the United States of America*