UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES, et al.,<br><br>Defendants. | Civil Action No. 23-3525 (DLF) |

**JOINT STATUS REPORT**

Plaintiff Government Accountability & Oversight ("Plaintiff") and Defendants, Centers for Medicare & Medicaid Services and Department of Health and Human Services (collectively, the "Agency"), by and through undersigned counsel, hereby submit this Status Report. The parties report as follows:

1. Plaintiff brought this case under the Freedom of Information Act ("FOIA") seeking to compel the release of documents relating to two FOIA requests. *See* Compl. (ECF No. 1).

2. The status of each response to Plaintiff's FOIA requests is below:

**REQUEST 052**

As previously reported, Defendant made its final production in response to this request on January 31, 2025.

**REQUEST 074**

As previously reported, production is complete for this request. After the Agency issued its final production, Plaintiff objected to certain withholdings and requested that the Agency produce certain attachments. The Agency issued a supplemental production on June 5, 2026,

consisting of 359 pages of attachments and 12 pages of records with (b)(5) redactions removed. Plaintiff raised further objections to certain withholdings within that production. The agency has reviewed those objections and will be making a further supplemental release that the Agency believes will likely resolve the remaining disputes over withholdings by the end of the month.

3. To that end, the parties propose that the Court order the parties to file another Joint Status Report on or before December 14, 2026, updating the Court on the status of this case including whether Plaintiff is seeking to recover attorney fees.

Dated: October 13, 2026

/s/Matthew D. Hardin
MATTHEW D. HARDIN
HARDIN LAW OFFICE
101 Rainbow Drive # 11506
Livingston, TX 77399
(202) 802-1948
matthewdhardin@gmail.com

*Attorneys for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Michael E. Yohannan*
MICHAEL E. YOHANNAN
Pennsylvania Bar # 307575
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 809-2054
Michael.Yohannan@usdoj.gov

*Attorneys for the United States of America*